# RAYMOND NARDO, P.C.

Attorney At Law

129 third street, mineola, ny 11501

Phone: (516)248-2121 | Fax: (516)742-7675 | Email Raymondnardo@gmail.com

February 7, 2019

BY ECF

Hon. Magistrate A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court
100 Federal Plaza
Central Islip, NY 11772

        Re:    Giuffre v. Platinum Coverage, Inc., et. al.
               18-CV-03407

Honorable Judge Tomlinson:

I represent the plaintiff in the above matter. Pursuant to Your Honor's order dated January 8, 2019, counsel were directed to file a motion for approval before Judge Azrack within 30 days. Plaintiff and Defendant Jones are in agreement with a drafted settlement. However, issues remain between Steven Blutstein and Danielle Lettiere which they are trying to resolve.

Plaintiff requests an additional 30 days for the parties to perfect the settlement   There have been no prior requests to adjourn this date. Defendant Jones consents to the adjournment. The other defendants were not reachable.

Thank you for your consideration.

Respectfully submitted,

RAYMOND NARDO, ESQ.

RN:rn
cc:    Kyle T. Pulis, Esq. (by ECF)
        Jeffrey Meyer, Esq. (by ECF)
        Danielle Lettiere (by regular mail: PO Box 748, Setauket, NY 11733)
        Steven Blutstein (by regular mail: 84 Nesconset Highway, Port Jefferson Station, NY 11776)